**WEST TENNESSEE POWER & LIGHT COMPANY, Appellant, v. Mrs. Lucille PRIVETT, Administratrix, of the Estate of James Privett, Deceased, Appellee.**

No. 7823.

Circuit Court of Appeals, Sixth Circuit.

May 3, 1939.

W. G. Timberlake, of Jackson, Tenn., for appellant.

Murchison & Manheim, of Jackson, Tenn., for appellee.

Before ALLEN, HAMILTON, and ARANT, Circuit Judges.

PER CURIAM.

The judgment is affirmed for the reasons stated in the opinion of the District Court, 19 F.Supp. 812.